IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MISTRELL ALVIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF JUSTICE, *et al.*, ) <br> ) <br> v. ) <br> ) <br> EXECUTIVE OFFICE FOR ) <br> UNITED STATES ATTORNEYS, ) <br> *et al.*, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF JUSTICE, *et al.*, ) <br> ) <br> Defendants. ) | CASE NO. 2:14-CV-143-WKW <br> [WO] <br><br><br> CASE NO. 2:14-CV-153-WKW <br><br><br><br> CASE NO. 2:14-CV-964-WKW |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE that judgment is ENTERED in favor of Defendants the United States Department of Justice, the Office of Enforcement Operations, the Electronic Surveillance Unit, the Department of Justice's Office of Information Policy, and the Department of Justice's Executive Office for the United States Attorneys, and against Plaintiff Mistrell Alvin on

Plaintiff's claims, as consolidated by Orders dated July 2, 2014 (Doc. # 14), and September 24, 2014 (Doc. # 30).

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 12th day of May, 2015.

                                              /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE